UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80298-BLOOM/Valle

GARFIELD SPENCE,

    Plaintiff,

v.

SPECTRUM CENTER LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [20] ("Stipulation"), filed on July 25, 2016. The Court has carefully reviewed the Stipulation and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [20]**, is **GRANTED**.
2. The above-styled case is hereby **DISMISSED WITH PREJUDICE**.
3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 25th day of July, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record